# Court of Appeals
# of the State of Georgia

ATLANTA,    April 15, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1083. STEARNS BANK, N.A. v. DOYLE.**

The appellant having represented to this court that the parties have reached a full and final settlement of this case, and having moved for permission to withdraw its appeal, the motion to withdraw is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*    04/15/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*